## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA | **8:20CR331** |
| Plaintiff, | |
| vs. | **WRITTEN WAIVER OF PERSONAL APPEARANCE AT ARRAIGNMENT AND ORDER** |
| BRYAN KYRISS | |
| Defendant. | |

Pursuant to Federal Rule of Criminal Procedure 10(b), the defendant hereby waives personal appearance at the arraignment on the charge[s] currently pending against [him][her] in this court.

(1)      The defendant affirms that [he][she] has received a copy of the [superseding] indictment;

(2)      The defendant understands that [he][she] has the right to appear personally before the Court for an arraignment on [this][these] charge[s], and voluntarily waives that right; and

(3)      The defendant pleads not guilty to [all counts of] the indictment.

_____
Defendant

*Korey Reiman*
_____
Counsel for Defendant

### ORDER

**IT IS ORDERED** that the defendant's waiver is hereby accepted, and [his][her] plea[s] of not guilty [is][are] entered of record with the Clerk of Court.

DATED this 18th day of December, 2020.

BY THE COURT:

_____
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT